M. BEATRICE DONOVAN, Respondent, v. AEOLIAN COMPANY, Appellant.— Action for rescission of a contract for the purchase of a piano and the return of the purchase price. Judgment in favor of plaintiff unanimously affirmed, with costs. No opinion. Present— Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

FRIEDA EISMAN, Appellant, v. FLORENCE EISMAN, as Administratrix, etc., of CARL EISMAN, Deceased, Respondent.— Order dismissing the amended complaint for insufficiency pursuant to rule 106 of the Rules of Civil Practice affirmed, with ten dollars costs and disbursements. (See *Price* v. *Price*, 75 N. Y. 244; *Cooper* v. *Cooper*, 147 Mass. 370; 17 N. E. 892; *Payne's Appeal from Comrs.*, 65 Conn. 397; 32 A. 948; *contra, Higgins* v. *Breen*, 9 Mo. 497.) Lazansky, P. J., Hagarty, Tompkins, Davis and Johnston, JJ., concur.

CLARENCE H. FAY, as Trustee, Appellant, v. ANNETTE T. RUBINSTEIN, Respondent.— In an action to foreclose a mortgage, judgment dismissing the complaint on the merits and directing that plaintiff deliver to defendant, for cancellation, a bond and mortgage executed by defendant and a certificate of discharge of the mortgage, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

SIDNEY GABLE, Respondent, v. PREFERRED ACCIDENT INSURANCE COMPANY, Appellant.— Action under section 109 of the Insurance Law to enforce payment of a judgment in a personal injury action. Judgment for plaintiff unanimously affirmed, with costs. Apart from the grounds stated by the trial court, so far as they were based on the record, the judgment is proper. The defendant was estopped by reason of its assuming to act for the defendant Marlowe after and with knowledge of the ostensible acts of lack of co-operation upon which it later upon the trial purported to rely. The desire of the defendant in good faith to have the co-operation of Marlowe is none too evident. Present — Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ.

SIDNEY GABLE, Respondent, v. PREFERRED ACCIDENT INSURANCE COMPANY, Appellant.— In an action under section 109 of the Insurance Law to enforce payment of a judgment in a personal injury action, order denying defendant's motion for a new trial on the ground of newly-discovered evidence unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ.

JOSEPH HARRIS, Respondent, v. ELEANOR HARRIS, Appellant.— Order setting aside the verdict of a jury on a framed issue in a divorce action unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ.

HARWEKA REALTY CORPORATION, Appellant, v. CHAS. M. DEROSA Co., INC., and Others, Respondents, and STANDARD OIL COMPANY OF NEW YORK, Defendant. — In an action for an injunction restraining the respondents from removing certain pits and buildings which are situated upon a plot of ground owned by the appellant, and adjudging that " two all-metal grease pits, portable metal garage and metal office building with connections, lavatories, electric fixtures " are " trade fixtures," judgment dismissing the complaint on the merits unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.